**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Louis C. Reeves Jr.** | Social Security number or ITIN **xxx–xx–7994** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter **7**  **3/26/18** |
| Case number: | **18–08696** | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Louis C. Reeves Jr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 721 W. 61st St.<br>Chicago, IL 60621 | |
| 4. | **Debtor's attorney**<br>Name and address | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | Contact phone 847 520–8100<br>Email: davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Robert B Katz ESQ<br>Law Offices Of Robert B Katz<br>53 West Jackson Blvd<br>Suite 1334<br>Chicago, IL 60604 | Contact phone 312–705–1400<br>Email: rkatztrustee@gmail.com |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 3/27/18 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 3, 2018 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/2/18** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 18-08696-DLT
Louis C. Reeves, Jr.                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: sboyd                 Page 1 of 1               Date Rcvd: Mar 27, 2018
                              Form ID: 309A               Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2018.
```
db          +Louis C. Reeves, Jr.,    721 W. 61st St.,    Chicago, IL 60621-2855
26582985    +City of Chicago,    Dept. of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
26582984    +City of Chicago,    Dept of Water Management,    PO Box 6330,    Chicago, IL 60680-6330
26582986     City of Chicago Parking,    121 N LaSalle Street,    Room 107A,    Chicago, IL 60602-1232
26582987     City of Chicago Red Light Camera,    PO Box 8073,    Chicago, IL 60680-8073
26582988     Commonwealth Edison-Care Center,    Bankruptcy Department,    PO Box 6113,
              Carol Stream, IL 60197-6113
26582993    +Midland Orthopedic Associates,    2850 S. Wabash, Ste. 100,    Chicago, IL 60616-2491
26582995    +Peoples Gas,    Bankruptcy Department,    200 E. Randolph Street,    Chicago, IL 60601-6302
26582996    +Secretary of State,    Safety & Financial Responsibility,    2701 South Dirksen Parkway,
              Springfield, IL 62723-1000
26582997     Secretary of State License Renewal,    3701 Winchester Road,    Springfield, IL 62707-9700
26582998     THD/CBNA (Home Depot),    PO Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: davidsiegelbk@gmail.com Mar 28 2018 01:17:04    David M Siegel,
              David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
tr          +EDI: QRBKATZ.COM Mar 28 2018 04:58:00    Robert B Katz, ESQ,    Law Offices Of Robert B Katz,
              53 West Jackson Blvd,    Suite 1334,    Chicago, IL 60604-3548
26582980    +EDI: AARGON.COM Mar 28 2018 04:58:00    Aargon Agncy,    8668 Spring Mountain Rd,
              Las Vegas, NV 89117-4132
26582981    +EDI: PHINHARRIS Mar 28 2018 04:58:00    Arnold Scott Harris, P.C.,
              111 W. Jackson Blvd. Ste. 600,    Chicago, IL 60604-3517
26582982    +EDI: CAPITALONE.COM Mar 28 2018 04:58:00    CAP1/Menards,    PO Box 30253,
              Salt Lake City, UT 84130-0253
26582983    +EDI: CHASE.COM Mar 28 2018 04:58:00    Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
26582989     EDI: DISCOVER.COM Mar 28 2018 04:58:00    Discover Bank,    PO Box 15316,
              Wilmington, DE 19850
26582990    +EDI: DISCOVER.COM Mar 28 2018 04:58:00    Discover Bank,    Discover Products, Inc.,
              PO Box 3025,    New Albany, OH 43054-3025
26582992     EDI: IRS.COM Mar 28 2018 04:58:00     IRS,    Internal Revenue Service,    P.O. Box 7346,
              Philadelphia, PA 19101-7346
26582991     E-mail/Text: rev.bankruptcy@illinois.gov Mar 28 2018 01:18:14
              Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
26582994    +E-mail/Text: mwilkey@midstatecollections.com Mar 28 2018 01:19:04     Midstate Collection So,
              Po Box 3292,    Champaign, IL 61826-3292
26582999    +EDI: WFFC.COM Mar 28 2018 04:58:00    Wells Fargo (Credit Cards),    Bankruptcy Department,
              4137 121st Street,    Urbandale, IA 50323-2310
26583000    +EDI: WFFC.COM Mar 28 2018 04:58:00    Wellsfargo,    Credit Bureau Dispute Resolution,
              PO Box 14517,    Des Moines, IA 50306-3517
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2018 at the address(es) listed below:
```
              David M Siegel    on behalf of Debtor 1 Louis C. Reeves, Jr. davidsiegelbk@gmail.com,
               author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert B Katz, ESQ    rkatztrustee@gmail.com, rkatz@ecf.epiqsystems.com
                                                                                              TOTAL: 3
```